**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMY R. GURVEY,<br><br>                     Plaintiff,<br><br>      v.<br><br>John A. Squires, *Secretary of Commerce for Intellectual Property & Director of the United States Patent & Trademark Office*, *et al.*,<br><br>                  Defendants. | Case No. 1:23-cv-3549 (JMC) |

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion to dismiss, ECF 25, is **GRANTED**, the motions and requests for leave to file, ECF 28, ECF 36, ECF 40, and ECF 41, are **DENIED**, and this case is **DISMISSED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

                                              _____

                                              JIA M. COBB
                                              United States District Judge

Date: March 6, 2026